STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SAMUEL SCHACHNER, DEFENDANT-PETITIONER.

*Mr. Harry Kay* for the petitioner.

*Mr. Frank A. Verga* and *Mr. William A. O'Brien* for the respondent.

February 11, 1963.   Denied.

LOUIS WEBER, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JOSEPH PIERETTI, Jr., *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 77 *N. J. Super.* 423.

*Messrs. Hellring, Lindeman & Lieberman* and *Mr. Norman Bruck* for the petitioners.

*Mr. David A. Rappeport* for the respondents.

February 11, 1963.   Denied.